C. A. 5th Cir.;
Sup. Ct. La.;
C. A. 5th Cir.;
C. A. 5th Cir.;
C. A. 5th Cir.;
C. A. 5th Cir.;
C. A. 11th Cir.;
C. A. 5th Cir.;
Sup. Ct. Miss.;
Sup. Ct. La.;
Sup. Ct. Neb.;
C. A. 5th Cir.;
Sup. Ct. Fla.;
C. A. 5th Cir.; and
C. A. 5th Cir. Certiorari denied. Reported below: No. 86-5026, 783 F. 2d 1046 and 786 F. 2d 654; No. 86-5292, 489 So. 2d 898; No. 86-5379, 798 F. 2d 872; No. 86-5426, 790 F. 2d 1164; No. 86-5436, 791 F. 2d 1165; No. 86-5544, 793 F. 2d 672; No. 86-5769, 787 F. 2d 1447; No. 86-5800, 795 F. 2d 504; No. 86-5884, 498 So. 2d 305; No. 86-5984, 495 So. 2d 1262; No. 86-6027, 223 Neb. 150, 388 N. W. 2d 483; *1043 No. 86-6043, 799 F. 2d 1071; No. 86-6103, 496 So. 2d 796; No. 86-6188, 806 F. 2d 560; No. 86-6300, 804 F. 2d 300.